IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11300
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

JUAN CARLOS PLANCARTE,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-60-1-A
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Juan Carlos Plancarte has filed

a brief as required by Anders v. California, 386 U.S. 738 (1967),

and we have independently reviewed counsel's brief and the

record, and found no nonfrivolous issue.  Accordingly, counsel is

excused from further responsibilities herein, and the APPEAL IS

DISMISSED.  See 5th Cir. R. 42.2.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.